BERKMAN, HENOCH, PETERSON,
PEDDY & FENCHEL, P.C.
Attorneys for Tribeca Lending Corp.
100 Garden City Plaza
Garden City, New York 11530
(516) 222-6200
Bruce D. Mael (BDM 8038)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                                      Chapter 7

LINDA D. WILLIAMS, a/k/a
LINDA D. CRAWFORD,                                            Case No. 11-24179-RDD

                            Debtor
------------------------------------------------------------X

## NOTICE OF APPEARANCE AND
## DEMAND FOR SERVICE OF PAPERS
## PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE** that the undersigned hereby appears in the above-captioned cases, pursuant to Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), as attorneys for TRIBECA LENDING CORP. and demands, pursuant to Bankruptcy Rules 2002, 9007 and 9010, and Sections 102(1), 342 and 1109(b) of Title 11, United States Code ("Bankruptcy Code"), that all notices given or required to be given in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the following address:

Bruce D. Mael, Esq.
BERKMAN, HENOCH, PETERSON,
PEDDY & FENCHEL, P.C.
Attorneys for Tribeca Lending Corp.
100 Garden City Plaza
Garden City, New York 11530
Tel. No. (516) 222-6200
Fax No. (516) 222-6209
B.mael@bhpp.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes not only notices and papers referred to in Bankruptcy Rule 2002, but also includes, without limitation, all orders and notices of any applications, petitions, motions, complaints, requests or demands, hearings, answering or reply papers, memoranda and briefs in support of any of the foregoing and any other documents filed with, or otherwise brought before, this Court with respect to the above-captioned cases, whether formally or informally, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex or otherwise.

**PLEASE TAKE FURTHER NOTICE**, that this Notice of Appearance and Request for Service of Documents shall not be deemed or construed as a waiver of the rights (1) to have final orders in non-core matters entered only after *de novo* review by a District Court Judge, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to these cases, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs, or recoupments to which the above-named entities are or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 14, 2011
       Garden City, New York

                                    **BERKMAN, HENOCH, PETERSON & PEDDY, P.C.**
                                    Attorneys for Tribeca Lending Corp.

By:   s/Bruce D. Mael
        Bruce D. Mael (BDM 8038)
        100 Garden City Plaza
        Garden City, NY 11530
        (516)222-6200

TO:   Linda D. Williams, a/k/a
      Linda D. Crawford
      Pro Se Debtor
      40 Paradise Avenue
      Piermont, New York 10968

      Howard P. Magaliff, Esq.
      Chapter 7 Trustee
      DiConza Traurig Magaliff LLP
      630 Third Avenue, 7th Floor
      New York, New York 10017

      Office of the United States Trustee
      33 Whitehall Street, 21st Floor
      New York, New York 10004

O:\BHPP Department Data\Bankruptcy Department Data\Bruce Mael\franklin credit\crawford\noa.wpd