UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Ammishaddai Deliverance Ministries,

                        Debtor

-------------------------------------------------------X

December 12, 2011
10:00 A.M.

Chapter: 11
Case No. 8-11-77286-reg

## NOTICE OF MOTION TO WITHDRAW CHAPTER 11 BANKRUPTCY PETITION

PLEASE TAKE NOTICE, that upon the annexed application to withdraw, the Debtor will move this Court before the Hon. Elizabeth S. Stong, U.S. Bankruptcy Judge, at the United States Bankruptcy Court at 560 Federal Plaza Room TBD, Central Islip, NY, on the 12th day of December, 2011 at 10:00 A.M. or as soon thereafter as counsel can be heard, for an order dismissing the Debtor's Voluntary Petition without prejudice.

Responsive papers shall be filed with the Bankruptcy Court and served upon the Debtor no later than three (3) days prior to the hearing date set forth above.

Dated: November 13, 2011
      Brooklyn, New York

/s/George M. Gilmer
Law Office of George M. Gilmer
BY: George M. Gilmer, Esq. GG5479
26 Court Street, Suite 314
Brooklyn, New York 11242
(718) 864-2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Ammishaddai Deliverance Ministries,

-------------------------------------------------------X

Appearance Date:
December 12, 2011
10:00 A.M.

Chapter: 11
Case No. 8-11-77286-reg

## MOTION TO WITHDRAW VOLUNTARY CHAPTER 11 PETITION

GEORGE M. GILMER, ESQ., Chapter 11 Attorney of the above captioned case does hereby affirm under penalty of perjury as follows:

1. This affirmation is submitted in support of the Motion to Withdraw the Voluntary Chapter 11 Petition, originally submitted by Debtor, pro se.

2. By Notice of Appearance I was appointed interim Attorney's of the debtor's case.

3. I am fully familiar with all the facts and circumstances herein.

4. On 10/14/2011 Debtor filed an original petition under Chapter 11 of the Bankruptcy Code.

5. This motion is brought pursuant to F.R.Civ.P. 41(a)(2) withdraw the Chapter 11 Petition, and seeking a dismissal without prejudice.

6. After seeking counsel's advice on this matter, Debtor has been advised that the financial circumstances of the Debtor's church may not be in her best interests, and it may be more prudent to try and settle with her creditors, and find new revenue capabilities of the real property.

7. Debtor has taken my advice and now seeks to withdraw the Chapter 11 Petition.

8. That this motion to withdraw is made in good faith.

9. Debtor seeks an Order dismissing the Petition without prejudice.

10. As evidenced by the affidavit of service annexed hereto, the Attorney's has caused a copy of this motion to be served upon the United States Attorney's, counsel for the debtor and all known creditors and other interested parties.

11. WHEREFORE, the Attorney's respectfully requests the entry of an order in the form annexed hereto withdrawing the petition, and entry of an Order dismissing the case without prejudice pursuant to F.R.Civ.P. 41(a)(2) and for such other and further relief as this Court deems just and proper.

Dated: November 13, 2011
Brooklyn, New York

/s/George M. Gilmer
Law Office of George M. Gilmer
BY: George M. Gilmer, Esq. GG5479
26 Court Street, Suite 314
Brooklyn, New York 11242
(718) 864/2011

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
In re:

Ammishaddai Deliverance Ministries,

-------------------------------------------------------X

Appearance Date:
December ___, 2011
10:00 A.M.

Chapter: 11
Case No. 8-11-77286-reg

*Bishop V. Fortune* (signature)

**AFFIDAVIT BY DEBTOR IN SUPPORT OF
MOTION TO MOTION TO WITHDRAW VOLUNTARY CHAPTER 11 PETITION**

_____. ("Debtor") respectfully represents:

1. I am the proprietor, operator and owner of the non-profit organization known as Ammishaddai Deliverance Ministries.

2. This motion is brought pursuant to F.R.Civ.P. 41(a)(2) withdraw the Chapter 11 Petition, and seeking a dismissal without prejudice.

3. I have been advised by my new attorney, George M. Gilmer, Esq. that it would be in best interests to withdraw this petition.

4. That this motion to convert is made in good faith.

5. I respectfully request that this Court allow me to withdraw my Chapter 11 Petition, issue an Order dismissing the case without prejudice, and for such other and further relief as may be deemed just and proper.

For /s/ Ammishaddai Deliverance Ministries
Debtor

Bishop V. Fortune
Lucitia Cecelia Fortune Clement

Sworn to before me this
____ day of November, 2011

_____
Notary Public

KAMAL P. SONI
Notary Public, State of New York
No. 01SO6089949
Qualified in Kings County
Commission Expires March 31, 2015

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

In re:                                                                     Chapter: 11 Case No. 8-11-77286-reg
Ammishaddai Deliverance Ministries

Debtor(s).

-------------------------------------------------------X

**ORDER – DEBTOR'S AND ATTORNEY'S REQUEST TO WITHDRAW VOLUNTARY CHAPTER 11 BANKRUPTCY PETITION**

**IT IS HEREBY ORDERED** that the debtor's motion is *granted. / denied.* Attorney, GEORGE M. GILMER ESQ. *may / may not* withdraw the Voluntary Chapter 11 Petition of the Debtor.

The Case is hereby dismissed *with / without* prejudice.

Brooklyn, New York

Date: _____, 2011

                                                                              BY THE COURT.

                                                     _____
                                                    *United States Bankruptcy Judge*